ACCEPTED
03-15-00362-CV
7069509
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 5:36:25 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00362-CV

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 5:36:25 PM
JEFFREY D. KYLE
Clerk

FILED

*September 28, 2015*

Third Court of Appeals
Jeffrey D. Kyle
Clerk

**COLETTE CUSTER**
**Appellant**

**v.**

**WELLS FARGO BANK, N.A.**
**Appellee.**

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Colette Custer, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Appellant's Brief was due on September 10, 2015.

2. Appellant seeks a twelve day extension of time to file Appellant's Brief from the due date of the filing of the Brief, which would make Appellant's Brief due on or before September 23, 2015.

4. This extension of time is necessary because Appellant could not complete her brief until the 23nd of September, 2015.

5. This is the second extension of time Appellant has sought for the filing her brief.

For these reason, Colette Custer requests that this court render an order

extending the time for filing Appellant's Brief to and including September 23, 2015.

_____
Colette Custer
20433 Rita Blanca Circle
Pflugerville, Texas 78660

## CERTIFICATE OF CONFERENCE

On September 22, 2015, an attempt was made to confer with Suzanne Suarez, attorney for the Appellee, in order to confer as to the extension but was unable to reached Ms. Suarez.

_____
Colette Custer

## CERTIFICATE OF SERVICE

On September 23, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

Suzanne Suarez
P. O. Box 2869
Addison, Texas 75001